# EXHIBIT A

MONTOUX

USE CASES    RESOURCES ⌄    COMMUNITY ⌄    ABOUT ⌄    | SIGN IN |

# AI-powered Actuarial Modernization

## AI | Cloud | Automation

Montoux is the leading provider of actuarial AI and modeling tools, setting a new standard for how actuaries and insurance companies assess and manage risk. Our toolkit harnesses the power of artificial intelligence, cloud and automation to modernize traditional actuarial processes, enabling insurers to break free from the constraints of traditional modeling systems and amplify both actuarial productivity and strategic impact.

Our commitment to innovation empowers us to offer unprecedented efficiency, accuracy, and flexibility in actuarial work. We understand that each insurer's modernization journey is unique, and that insurers need access to a flexible, open and modular toolkit to meet their requirements. Our mission is to accelerate actuarial modernization through technology

We stand as the partner of choice for leading insurance providers globally, facilitating a seamless transition to smarter, leaner, and faster operations. Our integrated AI-driven solutions are designed not just to meet the current demands of the insurance industry but to anticipate future challenges, ensuring our clients remain at the competitive edge. Montoux's vision extends beyond delivering tools; it's about forging a new path for actuarial science, where every insurer is empowered to achieve more with less, driving significant value and efficiency across their operations.

Montoux has been listed on both the Insurtech100 and AIFintech100 lists as one of the most innovative tech companies in the world.

# Our Story

Montoux was co-founded by Klaas Stijnen, an expert financial modeler, business actuary, and consultant with over a decade of experience working with some of the world's largest insurance brands in Europe and Asia. Montoux was born of Klaas' frustrations with outdated, ineffective actuarial tools.

---

# The Executive Team





## Shelley Cox

**CO-CHIEF EXECUTIVE OFFICER**

Shelley previously worked at AMP in a number of leadership roles, and led an enterprise-wide retention strategy that achieved a 25% reduction in lapse rates. Her sweet spot is working to solve commercial challenges and deliver customer and shareholder value.

## Klaas Stijnen

**CO-CHIEF EXECUTIVE OFFICER AND CO-FOUNDER**

Klaas is an expert financial modeler, business actuary, and consultant with over a decade of experience working with some of the world's largest insurance brands in Europe and Asia, including PwC and Deloitte. Montoux was born of Klaas'

# MONTOUX

USE CASES     RESOURCES ⌄     COMMUNITY ⌄     ABOUT ⌄     SIGN IN



## Matt Wright

**CHIEF TECHNOLOGY OFFICER**

Matt spent 10 years in investment banking running engineering teams that have built large computing platforms including trading and valuation systems. He's also been CTO at several startups helping fast, agile teams build highly scaleable software. He now runs the fantastically talented team of engineers at Montoux.



## Julian Balasingam

**CHIEF GROWTH OFFICER**

Julian has over 10 years experience leading successful commercial teams selling software into large financial services organizations. His core areas of expertise are consultative enterprise selling, tech marketing and go-to-market strategy development.



## Stephen Carlin

**CHIEF PRODUCT OFFICER**

Stephen is a qualified actuary with 20+ years of leadership experience in risk management, software delivery, operations management and consulting. With a passion for product management, Stephen sets the vision and strategy for the Montoux platform.



Sign up for Montoux's newsletter

CLICK HERE



# EXHIBIT B

[AWS Partner Network (APN) Blog](#)

# Montoux's AI-Driven Decision Science Platform Transforms Actuarial Model Replication

by Klaas Stijnen and Ben Meyvin | on 18 NOV 2021 | in [Artificial Intelligence](#), [AWS Partner Network](#), [Customer Solutions](#), [Financial Services](#), [Industries](#), [Intermediate (200)](#), [Serverless](#), [Thought Leadership](#) | [Permalink](#) | 💬 [Comments](#) | ↪ [Share](#)

       https://aws.amazon.com/blogs/apn/montoux-ai-driven-decis

*By Klaas Stijnen, Chief Product Officer and Co-Founder – Montoux*
*By Ben Meyvin, Principal Partner Solutions Architect – AWS*

The technology challenges facing life and health insurers' actuarial teams are neither new nor a secret.

Decades-old legacy software is directly responsible for wasteful expenditure, risks, and opportunity costs, forcing carriers to search for modern alternatives to reduce costs and improve business performance.

Montoux's next-generation [decision science platform](#) uniquely combines both actuarial and data science in its software. It provides a modern, flexible, and sophisticated alternative to legacy actuarial software.

However, the cost of migrating models from proprietary legacy platforms to a platform like Montoux's is often considered prohibitive or limiting.

The effort required for an experienced, specialized actuary to replicate a single model is between three and 12 months, depending on model size and complexity. Life insurers typically have tens of models; more for the largest companies.



Montoux

In this post, we discuss Montoux's artificial intelligence-driven model replication module, specifically developed to support an insurer's transition. This module reduces the time, cost, and effort required to migrate to a new platform—all enabled by serverless architecture on Amazon Web Services (AWS).

The AWS prototyping team provided direct design and implementation assistance to Montoux and played a key role in developing select platform features.

[Montoux](#) is an [AWS Partner](#) with the AWS Financial Services Competency. The decision science platform combines actuarial and data science with optimization algorithms to enable life insurers to uncover value and improve business performance.

## Use Cases for AI-Driven Actuarial Model Replication

Over the past five years, Montoux has worked collaboratively with global customers to improve their technology.

After using Montoux's first-generation platform alongside their legacy systems to improve business performance, a key challenge Montoux's customers highlighted is the time and cost required to keep models on the Montoux platform consistent with equivalent models on legacy actuarial systems.

This cost hindered adopting Montoux's technology across other insurance product portfolios due to reduced portfolio size, high complexity, and less strategic importance. However, these portfolios together have a significant impact on the insurer's business performance.

Montoux responded by designing its second-generation platform to leverage artificial intelligence (AI) in order to reduce the time required to reconcile models to hours (small model changes) or days (new models).

The Model Replication Module automates two key tasks:

- Ingestion of input and output information.
- The iterative model building process using an AI algorithm.

The first component enables customers to ingest input and output data without transforming it. Instead, they can provide the schema which enables the module to interpret the input and output data.

The AI component automates the manual, repetitive process actuaries use to construct a replica of an existing actuarial model.

The model replication algorithm can create hundreds of actuarial models automatically and align with the model, providing the same output as the original when given the same input.

The algorithm can create new models by changing how actuarial functions are parameterized in a countless number of ways. For each model iteration, it evaluates whether it improved or worsened the consistency between the Montoux model and the original model, aligning with the parameterization closest to the original model.



*Figure 1 – Model replication flow.*

The algorithm gets close to replicating the model in sufficient detail, automating the model replication work almost completely. The actuary then needs to resolve the final replication issues; typically, unusual modelling practices which require few iterations and can be completed in days.

After sharing this capability with customers and partners, the use cases for this module expanded dramatically. Key areas where insurers and consultants can start using this module include:

- Actuarial model review and validation.
- Actuarial model development and assumption testing.
- Actuarial reporting process.
- Actuarial system consolidation.
- Mergers and acquisition.

## Use Case #1: Actuarial Model Review and Validation

Model validation is an important, expensive process. Insurers write off this expense as a necessary evil due to potential costs of material errors creeping into published financials.

The model replication capability enables model validation teams and consultants to quickly and cost-effectively replicate and validate actuarial models, avoiding last-minute model changes, material errors, and restatements.

## Use Case #2: Actuarial Model Development and Maintenance

Lack of model transparency creates inefficiency and 'key person' risk, requiring significant actuarial modelling experience and exposure to proprietary models to confidently make changes.

Actuarial teams regularly make changes to modelling and inputs, and many teams have only one actuary who understands the model well enough to confidently make changes. However, competing pressures for actuaries' time means they can rarely review all model changes in detail, resulting in only high-level checks.

Montoux provides detailed, thorough, and fast model validation, giving actuarial teams confidence in any model changes and removing the 'key person' risk commonly associated with non-transparent, proprietary models.

## Use Case #3: Actuarial reporting Process

Actuarial valuation teams spend most of their time running dozens or hundreds of actuarial models and collating the inputs for reporting purposes. This includes detailed runs to create key inputs on account notes or granular solvency reporting.

These runs are time intensive, with changes in the 'base' run forcing variation runs to be re-executed. Unexpected results are often identified late, which can trigger a complete re-run.

Replicating the key actuarial models in Montoux and using it as a shadow model to quickly produce key detailed results can prevent late-stage changes.

This capability saves life and health insurers a tremendous amount of actuarial resources. With the power of AWS Cloud and a scheduler, Montoux can execute all detailed runs automatically in a fraction of the time, saving time and making the actuarial modelling process more reliable.

## Use Case #4: Actuarial System Consolidation

Many insurers use different legacy actuarial platforms, and keeping models on the different platforms in sync is inefficient and increases modelling and 'key person' risk. Therefore, many insurers want to reduce the number of platforms; for example, from five to two.

Migrating a model from platform to platform is a substantial investment, and often takes consultants over six months to complete. This process is dramatically accelerated with complete model transparency, provided by the model replication module.

## Use Case #5: Mergers and Acquisition (M&A)

In many merger and acquisition (M&A) processes, the potential buyer of a portfolio or insurance company is presented with the inputs and results of the actuarial models, but not access to the actuarial models themselves. This challenge is unique to M&As, which are fast paced, don't allow for the traditional model replication process, and provide limited information on the asset.

This creates buyer uncertainty, forcing them to rely on modelling executed in a seller-controlled intransparent model which estimates the asset's market value. The buyer is therefore naturally wary of the values the modelling results present; there is no detailed explanation about how it is derived.

The buyer gains a firmer view on the asset's market value when they understand the model generating these results. They can do this by using the model replication module to understand an asset's market value in a timely and efficient way.

# How Montoux's Decision Science Platform Leverages AWS

Montoux's goal was to deliver a next-generation platform capable of applying AI to substantially automate the model replication process on a global scale.

This requires a platform that:

- Automatically scales from zero to peak demands.

- Has high availability built in.

- Supports a pay-for-value billing model with optimized resource utilization.

- Is highly secure.

- Can be easily deployed globally.

- Enables integration with runtimes that provide AI algorithms.



*Figure 2 – The Montoux platform.*

Montoux wanted its team to focus on helping Montoux customers leverage decision science, rather than provisioning, managing, scaling and patching servers, and application infrastructure.

With AWS serverless technologies, all underlying infrastructure management tasks are handled by AWS. Agility is critically important for Montoux customers, and by eliminating operational overhead customers can release quickly, get feedback, and iterate faster.

The Montoux platform relies heavily on AWS technology to accomplish this in the following ways:



*Figure 3 – Montoux serverless architecture.*

- Montoux uses [Amazon CloudFront](#) to deliver its solution to global customers. Serverless end-user authentication and authorization are implemented using [Lambda@Edge](#) and [Amazon Cognito](#). Once authenticated and authorized, the end user gets access to the model replication API and the underlying data.

- Montoux minimizes latency using [Amazon API Gateway](#) regional endpoints to deploy model replication API, and [Amazon Simple Storage Service](#) (Amazon S3) to store model data in the regions closest to its customers.

- Security is a top priority for Montoux. Amazon S3 access is restricted using an origin access identity (OAI). Amazon CloudFront and [AWS Lambda](#) authorizers restrict access to the APIs. Additionally, [AWS WAF](#) is deployed on CloudFront.

- Users can access Montoux's model replication module through a regular web browser, with static assets served up from S3 by CloudFront. User preferences and metadata are stored in [Amazon DynamoDB](#) and are accessed by the web browser using [AWS AppSync](#).

- Montoux uses AWS Lambda to fan out and automatically scale model replication runs under multiple actuarial assumptions and scenarios—all with zero administration. While Lambda includes a 512-MB temporary file system, this is an ephemeral scratch resource not intended for durable storage.

- [Amazon Elastic File System](#) (Amazon EFS) is built to scale on demand, growing and shrinking automatically as files are written and deleted. When used with Lambda, the code has low-latency access to a file system where the model data used to reconcile the existing and Montoux model is persisted after the function terminates.

Lambda's fan-out approach allows for rapid iteration on model configuration against a large reconciliation dataset without having to worry about provisioning or scheduling. It enables the use of AI to perform that iterative process automatically.

The model replication module intelligently converges to the model configuration closest to the goal of reconciliation, applying a combination of learned behavior and fast-paced experimentation using the power of AWS's computation services.

The model replication module also leverages the following services not shown on the diagram: AWS Systems Manager, AWS Key Management Service (KMS), Amazon Route 53, AWS Certificate Manager, and Amazon CloudWatch.

## Summary

Montoux's actuarial model replication module is an example of how AI technologies can be applied in an actuarial process alongside a powerful AWS serverless execution environment to significantly automate the valuable but manual, labor intensive model replication process.

We are actively interested in feedback from both actuaries and industry practitioners and are happy to work with you on a one-on-one basis to better understand your unique situation and perspective. Please contact Montoux about this post and the actuarial model replication module.



---

## Montoux – AWS Partner Spotlight

**Montoux is an AWS Competency Partner** whose decision science platform for insurers combines actuarial and data science with optimization algorithms.

Contact Montoux | Partner Overview

**\*Already worked with Montoux?** Rate the Partner

*\*To review an AWS Partner, you must be a customer that has worked with them directly on a project.*

TAGS: Amazon API Gateway, Amazon CloudFront, Amazon CloudWatch, Amazon Cognito, Amazon DynamoDB, Amazon EFS, Amazon Route 53, Amazon S3, Artificial Intelligence, AWS AppSync, AWS Certificate Manager, AWS Competency Partners, AWS Key Management Service, AWS KMS, AWS Lambda, AWS Partner Guest Post, AWS Partner Solutions Architects (SA), AWS Partner Spotlight, AWS Partner Success Stories, AWS Systems Manager, AWS WAF, Decision Science, Financial Services, Insurance, Lambda@Edge, Montoux, Partners with AWS Qualified Offerings, Serverless, The Next Smart

## Comments

7/29/24, 12:58 PM    Montoux: AI-Driven Decision Science Platform Transforms Actuarial Model Replication | AWS Partner Network (APN) Blog

Case 1:24-cv-01213-RGA    Document 1-1    Filed 11/01/24    Page 14 of 62 PageID #: 47

## 0 Comments



# EXHIBIT C

The Wayback Machine - https://web.archive.org/web/20240225025501/https://www....



Model Copilot     Features     Pricing     About Montoux

# Model governance

# simple.

The first AI Copilot built specifically for actuaries.

Request a Demo



# Accelerate productivity

Model Copilot improves risk and compliance through better model governance and transparency, frees up actuarial time spent on model documentation and understanding, and is built with the security required by modern enterprises.

MONTOUX    Model
           Copilot              Features      Pricing      About
                                                           Montoux

MONTOUX    Model Copilot    Features    Pricing    About Montoux



Modeling Teams





Model Governance



Risk and Audit Teams



Chief Actuaries



Transformation Leaders

Teams

MONTOUX    Model Copilot    Features    Pricing    About Montoux

Learn More

MONTOUX    Model Copilot    Features    Pricing    About Montoux

**Notice at collection** | **Your Privacy Choices** 

# EXHIBIT D
# Video File Montoux Valuation
# Workflow Demo

# EXHIBIT E
# Video File Montoux Modeling Capabilities Github Copilot Integration

# EXHIBIT F



## Actuarial Survey

## How does the use of Actuarial Technology within your orgainization compare to your peers?
## Answer the questions below to find out

**Where is the most significant potential for actuarial process automation:**

○ Valuation

○ Corporate Planning

○ Pricing and Product Development

○ Underwriting

**Integrating data science in actuarial models is easy for my organization:**

○ No plans to integrate

○ We integrate them, but it's inefficient and has significant limitations

○ It is plug and play

MONTOUX    USE CASES    RESOURCES ⌄    COMMUNITY ⌄    ABOUT ⌄    [ SIGN IN ]

○ Yes, but not often

○ Never

**If you were graduating today, which career path would you pursue?**

○ Data Scientist

○ Actuary

○ Software Engineer

○ Something completely different

**What percentage of your time do you spend analyzing modeling results versus creating model outputs?**

○ 80% analyzing // 20% creating

○ 50% analyzing // 50% creating

○ 20% analyzing // 80% creating

**What percentage of data transformation within your actuarial function [for the purpose of actuarial modeling] has been automated in the last couple of years?**

○ 0%

○ 25%

○ 50%

○ 75%

**To what extent is your company using a tool *other than Excel* to do data transformation?**

○ Exclusively

○ Mostly

○ To some extent

○ Not at all

**To what extent is your company using data science tooling [eg. R and Python] to do experience analysis?**

○ Exclusively

○ Mostly

Which languages do you think actuaries will be coding Experience Study and data science models in by 2025?

○ R and Python

○ Proprietary languages for Experience Studies

○ VBA and Excel

○ None, no code solutions will be commonplace by 2025

**Which languages do you think will be the most popular choice for actuaries coding actuarial models in by 2025?**

○ R and Python

○ Traditional languages like C++ and Java

○ Proprietary actuarial languages like **Proph**et

○ VBA and Excel

○ None, no code solutions will be commonplace by 2025

**How long does it typically take your actuarial team to resolve insights that are requested ad-hoc [i.e. are not part of your regular reporting]? This includes follow-up questions.**

○ Most can be done in a few hours

○ Usually a couple of days

○ Roughly a week

○ Over a week

○ Up to a month

○ Up to two months

**Will actuaries reduce their dependency on Excel?**

○ We are actively working on this

○ Yes, and we will soon

○ Yes, but we won't anytime soon

○ No

## Enter your details so we can get back to you with the results



Last name

Email

Simms

Sophie@Bright.com

Job title

VP

**Montoux marketing offers and updates**

From time to time, we would like to contact you about our products and services, as well as other content that may be of interest to you. Check the box if you would like to hear more from us.

☐ Marketing offers and updates

You can unsubscribe from these communications at any time. For more information on how to unsubscribe, our privacy practices, and how we are committed to protecting and respecting your privacy, please review our **Privacy Policy.**

Submit

MONTOUX

Sign up for Montoux's newsletter

CLICK HERE

Get in touch with us today

Products    Company    Resources    Community    Contact



# EXHIBIT G



USE CASES   RESOURCES ⌄   COMMUNITY ⌄   ABOUT ⌄   |   SIGN IN

# How and why to leave legacy actuarial systems behind

March 28, 2022

Let's face it - your existing actuarial technology is hopelessly outdated.

Slow adoption of modern alternatives means every actuary is working with one hand tied behind their back thanks to:

- Exceedingly long run times, which severely limit productivity
- The need for highly specialized legacy software skills to develop and run models
- Hard or impossible to validate models with inadequate process control
- The inability to integrate with data sources and data science tooling

So the real question is: aren't you tired of using tools from the 90s to do your job in 2022?

Actuarial workflows are frustratingly inefficient. Throughout the actuarial process, both in valuation



Montoux, we call this Actuarial Automation, a key capability enabled by our **Platform**.

## Use Case 1: Reducing model run times

Generally, productivity as an actuary is measured in the number of runs you can do in a day or a week. Because existing actuarial models run so slowly and the process is sequential, legacy systems place hard limitations on productivity.

The quicker you can complete runs, the more productive you are. Most actuarial tools run on on-premise infrastructure and are inherently limited in terms of compute capacity. Montoux's **modern, cloud-based infrastructure** enables elastic and scalable computations, reducing run times from hours to minutes. This automation also lets you run scenarios simultaneously to visualize what works best.

## Use Case 2: Model flexibility and clarity [getting away from the black box]

When it comes to actuarial models, few things are more frustrating or risky than the black box issue. If you are the only actuary who can change models and understand how they work, the rest of the team is running scenarios in the dark. This can lead to a massive backlog of work, model validation issues, material reporting errors, and even significant fines.

To make matters worse, legacy software models are so hard to understand that it's difficult to find auditors to provide positive assurance on models. All you can do is

7/31/24, 4:46 PM
Case 1:24-cv-01213-RGA    Document 1-1    Filed 11/01/24    Page 33 of 62 PageID #: 66
How and why to leave legacy actuarial systems behind

and a highly transparent modeling framework provided by Montoux's Platform, provides your actuarial team with a transparent view of how the model is working. Everyone can understand the model and complete their own runs to submit for review, reducing mistakes and time wasted.

We're working with AWS on some exciting developments in this space, and in actuarial model replication. **Check it out here.**

## Use Case 3: Clear and concise outputs

Traditional systems and tools are not designed for reviewing, organizing, and comparing actuarial model outputs. Using tools like Excel, you're forced to ask for less information than you may want, due to long run times, and can't easily compare and sort the results.

Montoux's actuarial automation capabilities makes it easy for you to compare outputs and prioritize the ones you need. It also lets you use any amount of data and information you want, aligning different scenarios for easy comparison.

## Use Case 4: Replacing highly complex table assumptions structures with an integrated data science routine

Increasingly, carriers are applying data science to assumption setting, resulting in significantly more accurate value and risk estimates as well as more targeted business decisions.



USE CASES    RESOURCES ⌄    COMMUNITY ⌄    ABOUT ⌄    [ SIGN IN ]

legacy software means these functions can't be embedded or integrated. Instead, you and your data scientist colleagues must go through a painful process of translating these series of complex tables.

Montoux's Platform enables you to integrate the results of the data process (like a Python function and its input tables) directly into your actuarial model, removing the painful part of the process and reducing the risk of mistakes in the translation process.

## Use Case 5: Integrating data science tooling to create powerful solvers and goal seek functionality

Have you ever been asked to identify how much premium rates can be reduced while ensuring the IRR does not drop below 8 percent? If not, chances are you've been asked something similar which requires manual goal seek and solver processes.

Numerous, out-of-the-box data science algorithms can automatically solve this problem, but data science tooling, like R and Python, aren't compatible with legacy actuarial models. Extremely long run times on traditional models make the use of additional tooling even more time consuming.

Actuarial automation reduces model run times to minutes, if not seconds, and enables the integration of data science tools. Just like that, goal seeking and solving is automated, significantly more powerful, can run highly complex goal seek exercises, and gives the business deep insight into how to create the most value from existing options.

## Use Case 6: Democratizing model access



USE CASES     RESOURCES ⌄     COMMUNITY ⌄     ABOUT ⌄          SIGN IN

tables or two numbers?

Depending on your familiarity with a particular model,
it can be frustratingly difficult to adjust model inputs.
What's more, existing models limit experimentation
and model scenarios because it takes so long to
complete one analysis. That's before you add external
data sources.

Montoux's Platform enables intuitive and clear UI
design across actuarial models, enabling you to
comfortably use any models required to analyze,
adjust, or illustrate the data you need.

## Use Case 7: Use proxy models to provide additional checks on your valuation runs

As a Chief Actuary, do you lie awake at night thinking
about how you rely on your expert actuaries to go
through high-level results and identify patterns that
look ''off''?

While these manual checks are very important, they
are not bulletproof. It's much easier for your actuarial
team to complete a thorough review when they have
access to proxy models, which offer another estimate
of the key results they are expecting from a run.

Accurate proxy models can be constructed quickly
through a combination of model point reduction
techniques and low-sample proxy modeling
techniques. On Montoux's Platform, creating an
accurate proxy model takes at most one or two hours,
and provides significant comfort at a modest level of
investment.



highly complex processes, and any process errors can have significant consequences. Legacy actuarial technology fails to provide analysis change control out-of-the-box, and as a result many teams still rely on Excel to manage the process.

Modern actuarial software should directly integrate with process control tools to ensure every step happens in the right order, gets properly reviewed, and all actions are logged. Montoux's Platform and actuarial automation capabilities enables this.

## Automation improves results and sends actuarial productivity through the roof

When it comes to wasted actuarial resources, the problem is with everything but you, the actuary. Legacy technologies create wasteful siloes and slowdowns which limit productivity.

With Montoux's Platform, insurers can leverage actuarial automation, enabling actuaries to work smarter, not harder. With quicker runtimes, user friendly models, and clear outputs, you can work more collaboratively, productively, and put your skills to work on projects which deliver strategic, high-value, and impactful results for the company.

Want to set up a demo or discuss any of these use cases in more detail? **Reach out to our team here.**



USE CASES    RESOURCES ⌄    COMMUNITY ⌄    ABOUT ⌄    [ SIGN IN ]



Sign up for Montoux's newsletter

CLICK HERE

Get in touch with us today

hello@montoux.com

**Products**

Use Cases

**Company**

About Us

Careers

Press

Privacy Policy

Cookie Policy

**Resources**

Content Library

Blog

**Community**

Partners

Innovative

Actuaries

**Contact**

Email

Twitter

LinkedIn

YouTube

# EXHIBIT H
# Video File Montoux Model Copilot
# Excel Model Documentation

# EXHIBIT I

        

Home    My Network    Jobs    Messaging    Notifications    Me ▾    For Business ▾    Try Premium f

 **William White**
Actuary & Innovator specializing in life insuranc...     [ More ]   [ + Follow ]   Message

---

← **Experience**

 **Montoux**
Full-time · 5 yrs 8 mos

**Actuarial Solutions Architect**
Aug 2023 - Present · 1 yr
Wellington, New Zealand

A key innovation and capability development driver in Montoux's actuarial modelling toolset.

Finding ways to leverage the integration of generative AI tools into actuarial work - especially focused on model development, quality and governance.

**Skills:** Python (Programming Language) · R (Programming Language)

**Senior Actuary & Product Owner**
Dec 2018 - Aug 2023 · 4 yrs 9 mos
Wellington, New Zealand

**Skills:** Python (Programming Language) · R (Programming Language)

---

 **Actuarial Pricing Manager**
AIA
Oct 2017 - Dec 2018 · 1 yr 3 mos
Auckland, New Zealand

---

 **Fidelity Life Assurance Company Limited**
4 yrs

**Business Solutions Manager**
Dec 2016 - Sep 2017 · 10 mos
Auckland, New Zealand

Responsible for benefits realisation from technology solutions underpinning corporate strategy. Organisational ownership and management of the business systems to ensure tactical and strategic opportunities are supported and maximised.

**Group Risk Operations Manager**
Dec 2014 - Nov 2016 · 2 yrs
Auckland, New Zealand

Oversight of the pricing, product and administration functions for the Group Risk business.

**Pricing Actuary**
Oct 2013 - Dec 2014 · 1 yr 3 mos
Auckland, New Zealand

Primarily a pricing and reporting focus on the Group Risk area of the business as well as assisting with other actuarial pricing on the retail side as required.

**Skills:** Prophet / Prophet Enterprise

---

**Director/Owner**
Actuarial Models & Data (UK) Ltd
Jun 2010 - Dec 2013 · 3 yrs 7 mos

Providing temporary contract actuarial modelling resources in the UK Life Insurance market. Key skills are around Prophet (Professional and Enterprise)

together with general data handling, and process automation/improvement.

### Senior Modelling Consultant
The Phoenix Group
Oct 2012 - Jun 2013 · 9 mos
Wythall, South Birmingham, UK

Experienced Prophet developer assisting with migrating of existing
Prophet/MoSeS models onto Milliman's MG-ALFA.

**Skills:** MoSeS



### Actuarial Modelling Specialist
AdminRe UK
May 2012 - Oct 2012 · 6 mos
Telford, United Kingdom

**Skills:** MoSeS



### Senior Modelling Consultant
The Phoenix Group
Oct 2011 - Apr 2012 · 7 mos
Wythall, Birmingham

Experienced Prophet developer assisting with migrating of existing
Prophet/MoSeS models onto Milliman's MG-ALFA platform.

**Skills:** MoSeS



### MHC Productionisation Manager
Legal & General
Jun 2010 - Sep 2011 · 1 yr 4 mos
Kingswood, Surrey, UK

Responsible for the ongoing administration and support of the Prophet
Enterprise environments together with bespoke .Net software for
automation of the monthly reporting valuation. Automation included tasks
such as file movements, running DCS programs, submitting into and
monitoring of runs in Prophet Enterprise and server-based updating of
standard Excel reports.

**Skills:** Prophet / Prophet Enterprise · C#

### Manager, Actuarial
ING (New Zealand) Limited - now OnePath
Apr 2008 - Apr 2010 · 2 yrs 1 mo
Auckland, New Zealand

Responsible for a team of up to 5, with key areas of work encompassing
monthly valuation for two life companies as well as experience
investigations and product development/pricing as required.

**Skills:** Prophet / Prophet Enterprise



### Senior Actuarial Analyst
AMP
2006 - 2008 · 2 yrs

**Skills:** Prophet / Prophet Enterprise

### Business Solutions Manager
AIA
2005 - 2006 · 1 yr

### Business Solutions Team Leader
Mercer
1999 - 2003 · 4 yrs

**Skills:** C#

### Actuarial Analyst
NZI Life
1991 - 1997 · 6 yrs

**Skills:** Prophet / Prophet Enterprise



Promoted •••

**Patent Intelligence**
Track Your Competitor's Patent Activity.
Cardinal Intellectual Property
**Elyssa** & 2 other connections also
follow Cardinal Intellectual...

**6-Week Online Classes**
Earn an online master's degree designed
for busy professionals at UAGC.
**Josiah** also follows The University
of Arizona Global Campus

### More profiles to browse

**Klaas Stijnen** · 3rd
Co-Founder and Co-CEO

+ Follow

**Glynn Foster** · 3rd
Product Manager, Montoux

View profile

**Mark Sim** · 3rd
Actuary at Suncorp New Zealand

View profile

**Julian Balasingam** · 3rd
Chief Growth Officer | AI | SaaS

+ Follow

**Stephan Mathys** · 2nd
FSA | Author, Speaker, Actuary

Connect

Show more ∨

Promoted •••

**Patent Intelligence**
Track Your Competitor's Patent Activity.
Cardinal Intellectual Property
**Elyssa** & 2 other connections also
follow Cardinal Intellectual...

**Attorney Needed ASAP**
We need local attorneys immediately.
View our legal clients' cases today!

About                    Accessibility           Talent Solutions        ❓ Questions?              Select Language
Professional Community Policies   Careers          Marketing Solutions        Visit our Help Center.
Privacy & Terms ∨        Ad Choices              Advertising             ⚙ Manage your account and privacy   English (English)
Sales Solutions          Mobile                  Small Business              Go to your Settings.
Safety Center                                                            🛡 Recommendation transparency
                                                                          Learn more about Recommended Content.

LinkedIn Corporation © 2024

# EXHIBIT J

  Home  My Network  Jobs  Messaging  Notifications  Me  For Business  Try Premium f

 **Stephan Mathys**
FSA | Author, Speaker, Actuary

More    Message    Connect

← **Experience**

 **Director of Customer Success**
Montoux · Full-time
Apr 2022 - Present · 2 yrs 4 mos
Greater St. Louis

I advocate for client needs, including developing requirements, defining timelines, and prioritizing development.

I lead internal and client-facing meetings, including working groups, steering committees, and subject matter expert discovery sessions, to ensure alignment and eliminate roadblocks.

I develop and deliver training curriculum to ensure effective adoption of the platform.

I create documentation and user manuals to ensure effective onboarding for new users, appropriate support for model governance, and up-to-date documentation of platform and use case configuration.

**Skills:** Actuarial Science · Agile Methodologies · Product Management · Written Communication

 **Prophet Modeler**
Ameriprise Financial Services, LLC · Contract
Apr 2021 - Apr 2022 · 1 yr 1 mo

Supported Prophet model design and build for risk products.

Initiated Model Development Life Cycle principles for Risk team.

Designed and executed User Acceptance Testing plans for Risk models in Prophet actuarial system.

**Skills:** Financial Modeling · Actuarial Science · Software Project Management

 **Chief Product Evangelist**
Slope Software · Full-time
May 2020 - Feb 2021 · 10 mos
remote

Designed and executed marketing plans and content creation: content calendar and collateral such as blogs, case studies, website content, knowledge base articles, and regular customer and investor communications.

Demonstrated product capabilities via demonstration webinars, training videos, and written documentation.

**Skills:** Actuarial Science · Agile Methodologies · Content Marketing · Presentation Skills · Written Communication

**Freelance Copywriter**
SJM Copywriting · Freelance
Nov 2017 - May 2020 · 2 yrs 7 mos
Greater St. Louis Area

I create intellectual assets that increase customer satisfaction, improve employee engagement, and enhance industry reputation.

I'm basically a nerd with a pen. Literally, a pen for first drafts, but not final copy, because only 2 people in the world can read my handwriting.

So what are "intellectual assets"? Long-form written content like blog posts,

white papers, business plans, website content (landing pages, FAQs, About Me pages, etc), books, and anything else longer than social media posts. Look, social media is great for getting you TO a website. What they do AFTER they get there, well, that's where I come in.

See below for examples of content and the combination of "nerdy" topics and good writing.

 **Handbook_of_Content_Marketing_excerpt.pdf**
The Handbook of Content Marketing provides a background on 22 different types of content you can...

 **Mathys_SOA_Contest_Wisdom_of_Crowds.pdf**
This is an award-winning paper I conceived and wrote for the Society of Actuaries Contest, demonstrating not onl...

### Associate Actuary
Reinsurance Group of America, Incorporated · Full-time
Apr 2016 - Nov 2017 · 1 yr 8 mos
United States

Monthly, quarterly, and annual reporting including Asset Adequacy Analysis for Global Financial Solutions line of business.

Developed and implemented model governance structure, including planning and prioritization of model enhancements using Prophet, MG-ALFA, Microsoft Excel, and SQL.

Process improvement and model management for more efficient quarterly close processes.

### OneAmerica Financial Partners Inc.

3 yrs 11 mos

**Senior Associate Actuary**
Aug 2012 - Feb 2015 · 2 yrs 7 mos

Lead team of 2 preparing quarterly financial reporting. Review experience studies, reserve factor assumption setting processes, and corporate financial reporting. Individual project to plan, develop, and test a new Financial Model system.

**Senior Associate Actuary**
Apr 2011 - Aug 2012 · 1 yr 5 mos
Indianapolis, IN

Manage the cash flow models of Assets and Life Insurance products. Lead a team of 3 modifying and updating current models. Review special projects / upcoming requirements such as C3 Phase 3, Principles-Based Reserve, and (potentially) the Own Risk and Solvency Assessment.

### OneAmerica

9 yrs 2 mos

**Associate Actuary**
May 2009 - Sep 2010 · 1 yr 5 mos
Indianapolis, Indiana Area

Perform liability model management, including projections of product cash flows and scenario files. Incorporate assumption-setting, experience review, documentation, and model enhancement.

**Assistant Actuary**
Jun 2007 - May 2009 · 2 yrs

Design and price new combination insurance with long-term care and annuities with long-term care.

### Actuarial Student

Aug 2001 - Jul 2007 · 6 yrs

Retirement Services and Individual Divisions, performing actuarial functions of modeling and forecasting. Included experience analysis, model building, and summary reporting.

### Mathematics Specialist

Project SEED

May 1999 - Aug 2001 · 2 yrs 4 mos

Use Socratic methodology to teach alegbra and pre-calculus to 4th, 5th, and 6th grade students.

---

Promoted •••

 **Attorney Needed ASAP**
We need local attorneys immediately.
View our legal clients' cases today!

 **Advance Your Career**
Over 800 online courses in more than 60 subjects – no application required

 **Creative Writing MFA**
Learn from award-winning writers such as Sadeqa Johnson at Drexel.

---

## More profiles to browse

 **Klaas Stijnen**  · 3rd
Co-Founder and Co-CEO

( + Follow )

---

 **Michael Frings** · 3rd
Chief Financial Officer & Chief Actuary, Kuvare Services Bermuda

( + Follow )

---

 **Stephen Carlin** · 3rd
Chief Product Officer

( View profile )

---

 **Syed Raza** · 3rd
Actuarial Consultant & Founder of Actuarial 360 Solutions: Transforming Insurance with Data-Driven Decisions.

( + Follow )

---

 **Charles Johnson** · 3rd
CEO at the Actuarial Development Institute

( + Follow )

---

Show more ⌄



| About | Accessibility | Talent Solutions | | Select Language |
|---|---|---|---|---|

About     Accessibility     Talent Solutions

Professional Community Policies     Careers     Marketing Solutions

Privacy & Terms ▾     Ad Choices     Advertising

Sales Solutions     Mobile     Small Business

Safety Center

**Questions?**
Visit our Help Center.

**Manage your account and privacy**
Go to your Settings.

**Recommendation transparency**
Learn more about Recommended Content.

Select Language

English (English)

LinkedIn Corporation © 2024

# EXHIBIT K



Post a Job ☰



Montoux Limited is hiring a
Modeling Actuary

# Denver, United States
# Remote

Montoux is the leading Actuarial Automation platform specifically designed for life and health insurers. Montoux's Actuarial Automation and Decision Science platform enables insurers to leverage cutting-edge technology and new data sources to improve commercial results and optimize actuarial resources.

Our customers include some of the world's most prestigious life insurance brands in The United States, New Zealand, Australia, Hong Kong and the United Kingdom. You can find out more about us here

Montoux offers a fun and refreshing alternative to traditional corporate work environments, where you will have the chance to supercharge your career in a high-growth, supportive environment. You will be part of a team where your talents and ideas will be genuinely valued, and you will be able to move fast, implement your ideas and see your impact.

We have a great benefits package that includes;

- 4 weeks paid time off

- birthday leave

- 401k

- health insurance (medical, dental and vision) options, of which some plans are 100% covered by Montoux

- A great parental leave policy, including paid parental leave and return-to-work support

- Flexible working

- Actuarial study and professional development support

About the Role

We're looking for a superstar to shine their brilliance and become one of our technical modeling experts, helping to define and build our cutting-edge actuarial software. If you find yourself thinking, "there must be a better way", then this is the role for you!

You will be based within our global Product team where you'll collaborate with our Product Owners, Actuaries, Engineers and Data Scientists to define and create new product features and ensure we're building software that enables the next level of effectiveness and actuarial insights for our customers. This position could be based in Denver, where you'd spend time in our co-working space, or it could be fully remote from anywhere in the US.

Specifically, you will;

- Support our Product Owners to design, develop and test our modeling frameworks

- Create and execute example valuation and pricing models across a wide variety of US life insurance products

- Work closely with our engineers to ensure our models are best of breed and fit for purpose

- Provide input into our Product Management ways of working.

**Requirements**

- We're looking for an energetic, proactive problem solver with initiative and a passion build leading-edge actuarial software

- 5+ years experience within the US life insurance industry

- 3+ years of US life insurance valuation experience

- Solid experience with building or maintaining actuarial models with actuarial modelling software (e.g. Prophet, AXIS, MG-ALFA, etc)

- Experience with Universal life and Indexed and/or variable annuities is preferred

- Be at least an Associate or experienced senior actuarial student or have given up exams at a similar level

- Software development or programming experience would be desirable

- You'll need strong interpersonal skills to work closely with all the teams across our business

- Finally, we're looking for someone who finds the idea of working in an innovative and groundbreaking company very exciting.

The salary range is approximately USD$80,000 - $120,000 per annum based on full-time employment. Please keep in mind this is just a range, and the actual salary offer will take into account a wide range of factors, including location. Candidate must have the right to work in the US.

**Content missing**

# EXHIBIT L



Post a Job



Montoux Limited is hiring an
Actuarial Analyst

## Denver, United States
Remote

Montoux is the leading Actuarial Automation platform specifically designed for life and health insurers. Montoux's Actuarial Automation and Decision Science platform enables insurers to leverage cutting-edge technology and new data sources to improve commercial results and optimize actuarial resources.

Our customers include some of the world's most prestigious life insurance brands in The United States, New Zealand, Australia, Hong Kong and the United Kingdom. You can find out more about us here

Montoux offers a fun and refreshing alternative to traditional corporate work environments, where you will have the chance to super-charge your career in a high-growth, supportive environment. You will be part of a team where your talents and ideas will be genuinely valued, and you will be able to move fast, implement your ideas and see your impact.

We have a great benefits package which includes

- 4 weeks paid time off

- birthday leave

- 401k

- health insurance (medical, dental and vision) options, of which some plans are 100% covered by Montoux

- A great parental leave policy, including paid parental leave and return-to-work support

- Flexible working

- Actuarial study and professional development support

About the Role

We are looking for a part-qualified actuary to join our global Customer Success team. In this role, you will work closely with our Customer Success Directors and Product Owners across various projects, ensuring high-quality technical delivery to enable customers to use our products successfully. This position will be either fully remote or hybrid with time being spent in our Denver co-working space.

Specifically, you will;

- Deliver a range of model reconciliation projects for Montoux customers. This will involve working with our talented actuaries, product owners and engineers.

- Help build Montoux customer relationships so we can understand customer needs and processes to effectively deploy the Montoux product suite to meet those needs.

- With our Customer Success Directors, be the link between our technical teams and our customers, effectively supporting our solution

implementations for actuarial users.

- Support client training sessions across the Montoux product suite.

- Apply your expertise to inform our Customer Success, Customer Delivery and Project Delivery frameworks.

## Requirements

- We're looking for an energetic, proactive problem solver with initiative and a can-do attitude.You'll have an entrepreneurial spirit, which means you don't always know the right answer right away, but you're willing to jump in, take some risks, and iterate on solutions.

- You'll be near-ASA or above, and/or have at least 5 years of professional experience.

- Experience within the life or health insurance industry is essential.

- You'll have at least 1 - 2 years of modeling experience.

- Solid experience with building or maintaining actuarial valuations with actuarial modeling software (e.g. Prophet, AXIS, MG-ALFA, etc).

- You'll need strong interpersonal skills to work closely with all the teams across our business and build strong customer relationships.

- Finally, we're looking for someone who finds the idea of working in an innovative and groundbreaking company very exciting.

If you don't tick all the boxes, but still think you might be a good fit - just go on and apply. We're interested in speaking to people with the right attitude and a

willingness to learn.

The salary range is approximately USD$90,000 - $120,000 per annum based on full-time employment. Please keep in mind this is just a range, and the actual salary offer will take into account a wide range of factors, including location. Candidates must have the right to work in the US.

**Content missing**

# EXHIBIT M

 



### Montoux

# Data Science Actuary - Mid-Senior Level

Wellington, Wellington, New Zealand · 3 months ago

Hybrid · Full-time

11-50 employees

See how you compare to 8 applicants. <u>Try Premium for $0</u>

🚫 No longer accepting applications

## Meet the hiring team



**Melanie Young**  3rd
Director Of Operations at Montoux
Job poster · LinkedIn member since 2011

[ Message ]

## About the job

**About Us:**
Montoux is a fast growing actuarial technology company committed to providing innovative solutions to our clients through our actuarial modeling toolkit and AI powered model copilot. Our team is at the forefront of integrating actuarial science, AI and technology to make actuaries more effective.

**The Role:**
We are seeking a talented and experienced Mid-Senior level Actuary to join our dynamic team. This role focuses on applying advanced data science techniques to support customer projects including the development of proxy models and application of machine learning techniques for customer behavior modeling. The ideal candidate would also be able to contribute to the implementation of actuarial models in the Montoux platform and be able to support customers in using actuarial and data science models to address a range of use cases.

This role may also suit actuaries with a P&C or health insurance background and strong data science capabilities.

**Responsibilities:**
- Apply data science methods, including machine learning and predictive analytics, to support customer requirements in the development of data science models.
- Conduct in-depth analysis and provide strategic recommendations based on model outputs and data insights.
- Work with actuarial modeling and customer success teams to deliver high-value customer projects.
- Develop and enhance actuarial models for pricing, reserving, and risk management, ensuring compliance with regulatory requirements and industry best practices.
- Stay abreast of advancements in actuarial science and data analytics, incorporating innovative approaches into model development.
- Mentor junior actuaries and data scientists, fostering a culture of continuous learning and development.
- Lead projects from conception to implementation, ensuring timely delivery and alignment with business objectives.

**Requirements:**

- Bachelor's or Master's degree in Actuarial Science, Mathematics, Statistics, or a related field.
- Minimum of 5-7 years of actuarial experience, with a strong focus on model development.
- Professional actuarial qualifications
- Solid understanding of data science and machine learning techniques and their application in actuarial work.
- Proficiency in actuarial software (e.g., Prophet, MoSes, AXIS) and programming languages (e.g.,Golang, C++, R, Python, SQL).
- Excellent analytical, problem-solving, and communication skills.
- Ability to work collaboratively in a team environment and manage multiple projects simultaneously.

**What We Offer:**
Competitive salary and benefits package.
Opportunities for professional development and career advancement.
A collaborative and innovative work environment.
Flexible working arrangements to balance your personal and professional life.

See less ∧

---

### Set alert for similar jobs

Senior Actuary, Wellington, Wellington, New Zealand

🔔 Set alert

---

### Benefits found in job post

- Medical insurance

---

## Qualifications

 Stand out by adding skills associated with the job post

---

### Skills added by the job poster

 **5 skills missing on your profile**
Actuarial Science, Actuaries, Data Science, Machine Learning, and Model Develo...

🔅 Add skills you have to your profile to stand out to the employer. Add skills

Show qualification details →

---

### Achieve your goals faster with Premium

Get exclusive access to applicant insights, see jobs where you'd be a top applicant and more

Michael T. and millions of other members use Premium

**Try Premium for $0**

1-month free trial. Cancel anytime.

---

## About the company

(3) Data Science Actuary, Mid-Senior Level | Montoux | LinkedIn



**Montoux**
3,382 followers

+ Follow

Software Development • 11-50 employees • 34 on LinkedIn

Montoux is the leading provider of actuarial AI and modeling tools, setting a new standard for how actuaries and insurance companies assess and manage risk. Our toolkit harnesses the power of artificial intelligence, cloud and automati ... show more

Show more

---

**Job search smarter with Premium**

Message recruiters directly and increase your chances of hearing back. Premium members are 2.6x more likely to get hired on average.

 Michael T. and millions of other members use Premium

**Try 1 month of Premium for $0**

1-month free trial. Cancel anytime.

---

Looking for talent?   Post a job

---

About                          Accessibility

Professional Community Policies    Careers

Privacy & Terms ▾              Ad Choices

Sales Solutions                Mobile

Safety Center

Talent Solutions

Marketing Solutions

Advertising

Small Business

❓ Questions?
Visit our Help Center.

⚙ Manage your account and privacy
Go to your Settings.

🛡 Recommendation transparency
Learn more about Recommended Content.

Select Language

English (English)

LinkedIn Corporation © 2024