IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| FIDELITY NATIONAL INFORMATION SERVICES, INC.; FIS CAPITAL MARKETS UK LIMITED;<br><br>     Plaintiffs,<br><br>  v.<br><br>MONTOUX INC.; MONTOUX LTD.;<br><br>     Defendants. | C.A. No. 24-1213-RGA |

## ANSWER OF DEFENDANT MONTOUX INC. TO COMPLAINT

Defendant Montoux Inc. ("Montoux Inc."), by and through its undersigned counsel, hereby responds, solely for itself and no other defendant, to Plaintiffs Fidelity National Information Services, Inc. and FIS Capital Markets UK Limited's (collectively, "Plaintiffs") Complaint (D.I. 1), as follows. Each numbered paragraph responds to the same number paragraph in the Complaint. The headings below track those used in the Complaint and are for convenience only. To the extent that such headings themselves contain factual and/or legal characterizations, Montoux Inc. denies such characterizations. Any allegation that Montoux Inc. does not expressly admit should be deemed denied.

### THE PARTIES

1. Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 1 and, on that basis, denies such allegations.

2. Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 2 and, on that basis, denies such allegations.

3. Montoux Inc. admits that it "is a corporation, organized and existing under the laws of the State of Delaware, having a principal place of business at 954 Lexington Avenue, #2028, New York, New York." Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the remaining allegations of Paragraph 3, and, on that basis, denies the remaining allegations of this paragraph.

4. Montoux Inc. admits that Montoux Ltd. is "a New Zealand limited company having a principal place of business at Level 3, 57-59 Courtenay Place, Te Aro, Wellington, New Zealand[.]" Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the remaining allegations of Paragraph 4, and, on that basis, denies the remaining allegations of this paragraph.

5. Montoux Inc. admits an action was filed, which Complaint speaks for itself, and Montoux Inc. denies the allegations to the extent they do not accurately represent the Complaint. Montoux Inc. denies any remaining allegations in Paragraph 5.

6. Montoux Inc. denies the allegations of Paragraph 6.

## JURISDICTION AND VENUE

7. Montoux Inc. repeats, re-states, and incorporates by reference its responses to Paragraphs 1-6 as if fully set forth fully herein.

8. Montoux Inc. admits an action was filed, which Complaint speaks for itself, and Montoux Inc. denies the allegations to the extent they do not accurately represent the Complaint. Montoux Inc. denies any remaining allegations in Paragraph 8.

9.      Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the allegations of Paragraph 9 and, on that basis, denies the allegations of that paragraph.

10.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 10 and, on that basis, denies such allegations.

11.     Montoux Inc. admits the allegations of Paragraph 11.

12.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 12 and, on that basis, denies such allegations.

13.     Montoux Inc. denies the allegations of Paragraph 13.

14.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 14 and, on that basis, denies such allegations.

15.     Montoux Inc. denies the allegations of Paragraph 15.

16.     Montoux Inc. denies the allegations of Paragraph 16.

17.     Montoux Inc. denies the allegations of Paragraph 17.

18.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 18 and, on that basis, denies such allegations.

## **FACTUAL BACKGROUND**

19.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 19 and, on that basis, denies such allegations.

20.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 20 and, on that basis, denies such allegations.

21.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 21 and, on that basis, denies such allegations.

22.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 22 and, on that basis, denies such allegations.

23.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 23 and, on that basis, denies such allegations.

24.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 24 and, on that basis, denies such allegations.

25.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 25 and, on that basis, denies such allegations.

26.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 26 and, on that basis, denies such allegations.

27.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 27 and, on that basis, denies such allegations.

28.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 28 and, on that basis, denies such allegations.

29.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 29 and, on that basis, denies such allegations.

30.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 30 and, on that basis, denies such allegations.

31.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 31 and, on that basis, denies such allegations.

32.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 32 and, on that basis, denies such allegations.

33.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 33 and, on that basis, denies such allegations.

34.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 34 and, on that basis, denies such allegations.

35.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 35 and, on that basis, denies such allegations.

36.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 36 and, on that basis, denies such allegations.

37.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 37 and, on that basis, denies such allegations.

38.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 38 and, on that basis, denies such allegations.

39.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 39 and, on that basis, denies such allegations.

40.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 40 and, on that basis, denies such allegations.

41.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 41 and, on that basis, denies such allegations.

42.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 42 and, on that basis, denies such allegations.

43.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 43 and, on that basis, denies such allegations.

44.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 44 and, on that basis, denies such allegations.

45.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 45 and, on that basis, denies such allegations.

46.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 46 and, on that basis, denies such allegations.

47.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 47 and, on that basis, denies such allegations.

48.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 48 and, on that basis, denies such allegations.

49.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 49 and, on that basis, denies such allegations.

50.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 50 and, on that basis, denies such allegations.

51.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 51 and, on that basis, denies such allegations.

52.     Montoux Inc. admits that the exhibit referenced in Paragraph 52 speaks for itself, and Montoux Inc. denies the allegations to the extent they do not accurately reflect the exhibit. Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 52 and, on that basis, denies such allegations.

53.     Montoux Inc. admits that the exhibit referenced in Paragraph 53 speaks for itself, and Montoux Inc. denies the allegations to the extent they do not accurately reflect the exhibit. Montoux Inc. denies the remaining allegations of Paragraph 53.

54.     Montoux Inc. admits that the exhibit referenced in Paragraph 54 speaks for itself, and Montoux Inc. denies the allegations to the extent they do not accurately reflect the exhibit. Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the remaining factual allegations of Paragraph 54 and, on that basis, denies such allegations.

55. Montoux Inc. admits that the exhibit referenced in Paragraph 55 speaks for itself, and Montoux Inc. denies the allegations to the extent they do not accurately reflect the exhibit. Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the remaining factual allegations of Paragraph 55 and, on that basis, denies such allegations.

56. Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 56 and, on that basis, denies such allegations.

57. Montoux Inc. denies the allegations of Paragraph 57.

58. Montoux Inc. admits that the exhibit referenced in Paragraph 58 speaks for itself, and Montoux Inc. denies the allegations to the extent they do not accurately reflect the exhibit. Montoux Inc. denies the remaining allegations of Paragraph 58.

59. Montoux Inc. admits that the exhibit referenced in Paragraph 59 speaks for itself, and Montoux Inc. denies the allegations to the extent they do not accurately reflect the exhibit. Montoux Inc. denies the remaining allegations of Paragraph 59.

60. Montoux Inc. admits that the exhibit referenced in Paragraph 60 speaks for itself, and Montoux Inc. denies the allegations to the extent they do not accurately reflect the exhibit. Montoux Inc. denies the remaining allegations of Paragraph 60.

61. Montoux Inc. admits that the exhibit referenced in Paragraph 61 speaks for itself, and Montoux Inc. denies the allegations to the extent they do not accurately reflect the exhibit. Montoux Inc. denies the remaining allegations of Paragraph 61.

62. Montoux Inc. denies the allegations of Paragraph 62.

63. Montoux Inc. denies the allegations of Paragraph 63.

64.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 64 and, on that basis, denies such allegations.

65.     Montoux Inc. denies the allegations of Paragraph 65.

66.     Montoux Inc. denies the allegations of Paragraph 66.

67.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 67 and, on that basis, denies such allegations.

68.     Montoux Inc. denies the allegations of Paragraph 68.

69.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 69 and, on that basis, denies such allegations.

70.     Montoux Inc. denies the allegations of Paragraph 70.

71.     Montoux Inc. denies the allegations of Paragraph 71.

72.     Montoux Inc. denies the allegations of Paragraph 72.

73.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 73 and, on that basis, denies such allegations.

74.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 74 and, on that basis, denies such allegations.

75.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 75 and, on that basis, denies such allegations.

76.     Montoux Inc. admits that the exhibit referenced in Paragraph 76 speaks for itself, and Montoux Inc. denies the allegations to the extent they do not accurately reflect the exhibit. Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the remaining factual allegations of Paragraph 76 and, on that basis, denies such allegations.

77.     Montoux Inc. denies the allegations of Paragraph 77.

78.     Montoux Inc. admits that the exhibits referenced in Paragraph 78 speak for themselves, and Montoux Inc. denies the allegations to the extent they do not accurately reflect the exhibits. Montoux Inc. denies the remaining allegations of this paragraph.

79.     Montoux Inc. denies the allegations of Paragraph 79.

80.     Montoux Inc. denies the allegations of Paragraph 80.

81.     Montoux Inc. denies the allegations of Paragraph 81.

82.     Montoux Inc. denies the allegations of Paragraph 82.

83.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 83 and, on that basis, denies such allegations.

84.     Montoux Inc. admits that the exhibits referenced in Paragraph 84 speak for themselves, and Montoux Inc. denies the allegations to the extent they do not accurately reflect the exhibits. Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the remaining factual allegations of Paragraph 84 and, on that basis, denies such allegations.

85.     Montoux Inc. denies the allegations of Paragraph 85.

86.     Montoux Inc. denies the allegations of Paragraph 86.

87.     Montoux Inc. denies the allegations of Paragraph 87.

88.     Montoux Inc. denies the allegations of Paragraph 88.

89.     Montoux Inc. denies the allegations of Paragraph 89.

90.     Montoux Inc. denies the allegations of Paragraph 90.

**COUNT I**
**Trade Secret Misappropriation – Defend Trade Secrets Act**
**<u>(18 U.S.C. § 1836 et seq.)</u>**

91.     Montoux Inc. repeats, re-states, and incorporates  by reference its responses to Paragraphs 1-90 as if fully set forth fully herein.

92.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 92 and, on that basis, denies such allegations.

93.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 93 and, on that basis, denies such allegations.

94.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 94 and, on that basis, denies such allegations.

95.     Montoux Inc. denies the allegations of Paragraph 95.

96.     Montoux Inc. denies the allegations of Paragraph 96.

97.     Montoux Inc. denies the allegations of Paragraph 97.

98.     Montoux Inc. denies the allegations of Paragraph 98.

99.     Montoux Inc. denies the allegations of Paragraph 99.

100.     Montoux Inc. denies the allegations of Paragraph 100.

101.     Montoux Inc. denies the allegations of Paragraph 101.

102.     Montoux Inc. denies the allegations of Paragraph 102.

103.     Montoux Inc. denies the allegations of Paragraph 103.

**COUNT II**
**Trade Secret Misappropriation – Delaware Uniform Trade Secrets Act**
**(Del. Code. Ann. tit. 6, § 2001 et seq.)**

104.     Montoux Inc. repeats, re-states, and incorporates  by reference its responses to Paragraphs 1-90 as if fully set forth fully herein.

105.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 105 and, on that basis, denies such allegations.

106.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 106 and, on that basis, denies such allegations.

107.     Montoux Inc. lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 107 and, on that basis, denies such allegations.

108.     Montoux Inc. denies the allegations of Paragraph 108.

109.     Montoux Inc. denies the allegations of Paragraph 109.

110.     Montoux Inc. denies the allegations of Paragraph 110.

111.     Montoux Inc. denies the allegations of Paragraph 111.

112.     Montoux Inc. denies the allegations of Paragraph 112.

113.     Montoux Inc. denies the allegations of Paragraph 113.

114.     Montoux Inc. denies the allegations of Paragraph 114.

115.     Montoux Inc. denies the allegations of Paragraph 115.

116.     Montoux Inc. denies the allegations of Paragraph 116.

**COUNT III**
**<u>Tortious Interference with Contract</u>**

117.     Montoux Inc. repeats, re-states, and incorporates  by reference its responses to
Paragraphs 1-90 as if fully set forth fully herein.

118.     Montoux Inc. lacks sufficient knowledge or information to form a belief
concerning the truth of the factual allegations of Paragraph 118 and, on that basis, denies such
allegations.

119.     Montoux Inc. lacks sufficient knowledge or information to form a belief
concerning the truth of the factual allegations of Paragraph 119 and, on that basis, denies such
allegations.

120.     Montoux Inc. lacks sufficient knowledge or information to form a belief
concerning the truth of the factual allegations of Paragraph 120 and, on that basis, denies such
allegations.

121.     Montoux Inc. lacks sufficient knowledge or information to form a belief
concerning the truth of the factual allegations of Paragraph 121 and, on that basis, denies such
allegations.

122.     Montoux Inc. lacks sufficient knowledge or information to form a belief
concerning the truth of the factual allegations of Paragraph 122 and, on that basis, denies such
allegations.

123.     Montoux Inc. denies the allegations of Paragraph 123.

124.     Montoux Inc. denies the allegations of Paragraph 124.

125.     Montoux Inc. denies the allegations of Paragraph 125.

126.    Montoux Inc. denies the allegations of Paragraph 126.

127.    Montoux Inc. denies the allegations of Paragraph 127.

## RESPONSE TO JURY DEMAND

Allegations regarding a jury demand are legal matters that do not require a response. To the extent that a response is required, Montoux Inc. denies the allegations of this paragraph.

## RESPONSE TO PLAINTIFFS' PRAYER FOR RELIEF

Montoux Inc. denies that Plaintiffs are entitled to any of the relief requested in their Prayer for Relief or to any relief whatsoever. Montoux Inc. asks the Court to deny any and all of the relief requested by Plaintiffs. Further, and to the extent that the Complaint's Prayer for Relief includes any factual allegations, Montoux Inc. denies those allegations.

## AFFIRMATIVE DEFENSES

Montoux Inc. asserts the following affirmative defenses pursuant to Rule 8(c) of the Federal Rules of Civil Procedure.

## FIRST AFFIRMATIVE DEFENSE

### (Adequate Remedy at Law)

Plaintiffs have an adequate remedy at law.

## SECOND AFFIRMATIVE DEFENSE

### (Apportionment of Fault)

Plaintiffs' damages, if any, were caused by the negligence and/or acts or omissions of parties other than Montoux Inc., whether or not parties to this action. By reason thereof, Plaintiffs' damages, if any, as against Montoux Inc., must be reduced by the proportion of fault attributable to such other parties, and to the extent that this is necessary, Montoux Inc. may be entitled to partial indemnity from others on a comparative fault basis.

### THIRD AFFIRMATIVE DEFENSE

**(Authorization)**

By virtue of the acts of the Plaintiffs, and/or the persons and/or entities acting on their behalf, Plaintiffs are barred from prosecuting the purported causes of action set forth in the Complaint by the doctrine of authorization.

### FOURTH AFFIRMATIVE DEFENSE

**(Breach of Contract)**

Any obligations owed under any alleged contract were excused by Plaintiffs' breach of the alleged contract(s).

### FIFTH AFFIRMATIVE DEFENSE

**(Business Judgment)**

Actions taken by Montoux Inc. were the exercise of reasonable business judgment.

### SIXTH AFFIRMATIVE DEFENSE

**(Comparative Fault)**

Plaintiffs' damages, if any, were caused by the primary negligence and/or acquiescence in the acts and omissions alleged in the Complaint by the Plaintiffs, and Plaintiffs' agents, employees, representatives, relatives, heirs, assigns, attorneys, and/or any others acting on Plaintiffs' behalf. By reason thereof, Plaintiffs are not entitled to damages or any other relief whatsoever as against Montoux Inc.

### SEVENTH AFFIRMATIVE DEFENSE

**(Compliance with the Law)**

The actions taken by Montoux Inc. were in full compliance with the law.

## EIGHTH AFFIRMATIVE DEFENSE

### (Estoppel)

Plaintiffs are barred in whole or in part from prosecuting the purported causes of action set forth in the Complaint by the doctrine of estoppel.

## NINTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Plaintiffs' claims, if any, are barred for their failure, and/or the failure of the persons and/or entities acting on their behalf, to mitigate any purported damages.

## TENTH AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The Complaint fails to state facts sufficient to constitute a cause of action.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Intervening and Superseding Cause)

If Plaintiffs suffered or sustained any loss, damage or injury as alleged in the Complaint, such loss, damage or injury was legally caused or contributed to by the negligence or wrongful conduct of other parties, persons or entities, and that their negligence or wrongful conduct was an intervening and superseding cause of the loss, damage or injury of which Plaintiffs complain.

## TWELFTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiffs are barred in whole or in part from prosecuting the purported causes of action set forth in the Complaint by the doctrine of laches.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (No Injury or Damage)

Plaintiff has not been injured or damaged as a proximate result of any act or omission for which Montoux Inc. is responsible.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (No Malicious Intent)

Montoux Inc. did not act with malicious intent to deprive any person or entity of any Constitutional right or to cause any other injury and therefore is not liable.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Not Liable for Act or Omission of Subordinate)

Insofar as Montoux Inc. has delegated any duty to any subordinate, such delegation was at all times done in good faith, and with due care. Montoux Inc. is therefore not liable for any act or omission of any subordinate.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Proximate Cause – Other Persons)

The damages alleged to have been suffered by Plaintiffs in the Complaint were proximately caused or contributed to by acts or failures to act of persons other than Montoux Inc., which acts or failures to act constitute an intervening and superseding cause of the damages alleged in the Complaint.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

The purported causes of action asserted in the Complaint are barred by such statutes of limitation as may be applicable.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiffs are barred in whole or in part from prosecuting the purported causes of action set forth in the Complaint by the doctrine of unclean hands.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Waiver and Estoppel)

As a result of their own acts and/or omissions, Plaintiffs have waived any right which they may have had to recover, and/or are estopped from recovering, any relief sought against Montoux Inc.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Antitrust)

Plaintiffs' claims are barred because they were brought for the impermissible purpose of protecting its monopoly position in an industry that it controls. These monopolies include, at least, product-market monopolies.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Reservation of Rights)

The Complaint does not describe the claims or facts with sufficient particularity to permit Montoux Inc. to ascertain what other defenses may exist. Montoux Inc. will rely on any and all further defenses that become available or appear during discovery in this action and specifically reserves the right to amend this Answer for the purpose of asserting such additional defenses or claims which may become known during the course of this case if information developed through discovery, trial, or otherwise merits such additional defenses, counterclaims, and/or supplementation.

## REQUEST FOR RELIEF

WHEREFORE, Montoux Inc. prays the Court enter judgment in its favor and against Plaintiffs as follows:

1.      Judgment in favor of Montoux Inc. and against Plaintiffs;

2.      Judgment that Plaintiffs take nothing by way of their Complaint;

3.      Dismissal of all of Plaintiffs' claims against Montoux Inc. in their entirety and with prejudice;

4.      An order awarding Montoux Inc. all reasonable costs, expenses, and attorneys' fees under any applicable statutes and rules in common law as may apply; and

5.      An order awarding Montoux Inc. such other and further relief as the Court may deem just and equitable.

## JURY TRIAL DEMAND

Pursuant to Fed. R. Civ. P. 38(b) and D. Del. LR 38.1, Montoux Inc. hereby demands a trial by jury on all issues triable by a jury as of right in this action.

Dated: January 17, 2025

OF COUNSEL:

COBLENTZ PATCH DUFFY
  & BASS, LLP
Christopher J. Wiener   *pro hac vice forthcoming*
Sabrina A. Larson   *pro hac vice forthcoming*
One Montgomery Street, Suite 3000
San Francisco, CA 94104
(415) 391-4800
ef-cjw@cpdb.com
ef-szl@cpdb.com

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Montoux Inc.*