IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIDELITY NATIONAL INFORMATION SERVICES, INC.; FIS CAPITAL MARKETS UK LIMITED;<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MONTOUX INC.; MONTOUX LTD.;<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 24-1213-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF BANKRUPTCY PROCEEDINGS OF MONTOUX INCORPORATED**

**PLEASE TAKE NOTICE** that on February 18, 2025, Montoux Incorporated (the "Debtor") filed a voluntary petition (the "Petition") for relief under Chapter 7 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor's Chapter 7 case is before the Honorable Mary F. Walrath, United States Bankruptcy Judge, and is being administered under the caption *In re Montoux, Inc.*, No. 25-10257-MFW (Bankr. D. Del.) (the "Bankruptcy Case"). Attached hereto and made a part hereof as Exhibit A, is a copy of the Petition of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 362(a) of the Bankruptcy Code, the filing of the Petition operates as a stay of, *inter alia*, the commencement or continuation of a judicial proceeding or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the Bankruptcy Case absent an order from the Bankruptcy Court granting relief from the automatic stay. Accordingly, this filing operates as an automatic stay of this action pursuant to 11 U.S.C. § 362(a).

Dated: February 19, 2025

| | |
|---|---|
| OF COUNSEL:<br>COBLENTZ PATCH DUFFY<br>  & BASS, LLP<br>Christopher J. Wiener<br>Sabrina A. Larson<br>One Montgomery Street, Suite 3000<br>San Francisco, CA 94104<br>(415) 391-4800<br>ef-cjw@cpdb.com<br>ef-szl@cpdb.com | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert M. Vrana*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Defendant Montoux Inc.* |